**Order entered October 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00904-CV

### DEATRIA CHOICE, Appellant

### V.

### THE HOUSING AUTHORITY FOR CITY OF DALLAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01117-D**

## ORDER

The reporter's record is past due. The court reporter has informed the Court that appellant has not requested preparation of the reporter's record. In a letter dated September 28, 2015, the Court instructed appellant to provide, by October 8, 2015, notice that she has requested preparation of the reporter's record and written verification that she has paid or made arrangements to pay the reporter's fee or written documentation that she has been found to be entitled to proceed without payment of costs. We cautioned appellant that, if the Court did not receive the required documentation within the time specified, we may order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

As of today's date, appellant has not filed a response. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant shall file a brief on the merits **WITHIN THIRTY DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE